UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**

Case No.:   CV 16-4924 RSWL (RAO)                     Date:   July 18, 2016
Title:      Jose Fransisco Herrera v. R. Fox

---

Present:        The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

Gay Roberson                                       N/A
Deputy Clerk                             Court Reporter / Recorder

Attorneys Present for Plaintiff(s):       Attorneys Present for Defendant(s):

N/A                                          N/A

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE**

On June 28, 2016, Petitioner Jose Fransisco Herrera ("Petitioner"), a California state prisoner proceeding *pro se*, constructively filed a "Motion for Stay and Abeyance of Federal Habeas Petition for Writ of Habeas Corpus." To date, however, Petitioner has not filed a petition for writ of habeas corpus in this Court.

A federal habeas action is commenced by filing a petition for writ of habeas corpus, and no habeas action is considered "pending" until such a petition is filed. *See Woodford v. Garceau*, 538 U.S. 202, 210, 123 S. Ct. 1398, 155 L. Ed 2d 363 (2003). In addition, a motion for stay and abeyance presupposes that the petitioner has filed a federal petition for which this Court may stay.

IT IS THEREFORE ORDERED that Petitioner must show cause, in writing, on or before **August 1, 2016**, why this Court should not dismiss this action for failure to file a federal petition for writ of habeas corpus. **Petitioner may discharge his obligation to show cause under this Order by filing a federal petition for writ of habeas corpus by August 1, 2016.**

A form petition for writ of habeas corpus by a person in state custody pursuant to 28 U.S.C. § 2254 is attached for Petitioner's convenience.

**IT IS SO ORDERED.**

Attachment

:
Initials of Preparer        gr