# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCISCO HERRERA,<br><br>    Petitioner,<br><br>    v.<br><br>R. FOX, Warden,<br><br>    Respondent. | Case No. CV 16-04924 RSWL (RAO)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: 6/28/2017              s/ RONALD S.W. LEW
                                          HON. RONALD S.W. LEW
                                          SENIOR U.S. DISTRICT JUDGE